# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| RONALD WAYNE SPANN, | ) | CLERK'S JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | 5:14CV72-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| SUSAN WHITE, Superintendent, | ) | |
| Mountain View Correctional Inst., | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 17, 2014, Order.

Signed: June 17, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court